IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **TERESA BULLARD** § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. 6:12cv919 |
| § | |
| **TEXAS DEPARTMENT OF AGING &** § **DISABILITY SERVICES,** *et al.* § § | |
| Defendants. § | |

## ORDER ADOPTING REPORT AND RECOMMENDADTION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (Doc. No. 22) recommends that the claims of Teresa Bullard be dismissed with prejudice. An acknowledgment of receipt card (Doc. No. 24) reveals that Ms. Bullard received the Report and Recommendation on August 5, 2013. On September 11, 2013, Ms. Bullard filed a motion that was construed as a Motion for an Extension of Time to File a Response/Reply to the Report and Recommendation (Doc. No. 27). Due to Ms. Bullard's heath concerns, the motion was granted (Doc. No. 30) and she was given until October 18, 2013 to submit her objections to the Report and Recommendation. On October 29, 2013, Ms. Bullard filed another motion requesting an extension of time to object to the Report and Recommendation (Doc. No. 31). The second extension was also granted and Ms. Bullard was given 15 days from receipt of the Order (Doc. No. 32) to file her objections. An acknowledgement of receipt card (Doc. No. 33) shows that Ms. Bullard received the Order on

November 5, 2013. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) is **GRANTED** and the claims of Teresa Bullard are **DISMISSED** with prejudice.

Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 12th day of December, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**